UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:18-cv-63173-Martinez/Snow

**JERRY PAUL**

    **Plaintiff,**

**v.**

**MIDLAND CREDIT MANAGEMENT, INC.,**

    **Defendant.**

_____/

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerate, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

| | |
|---|---|
| Lauren M. Burnette | Counsel for Defendant |
| Messer Strickler, Ltd. | Counsel for Defendant |
| Midland Credit Management, Inc. | Defendant |
| Encore Capital Group, Inc. | Interested Party/Corporate Parent |
| Jerry Paul | Plaintiff |
| Jibrael S. Hindi | Counsel for Plaintiff |

1

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or the twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff alleges he is the victim of wrongful conduct.

5. I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
12276 San Jose Blvd.
Suite 720
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: January 23, 2019

## CERTIFICATE OF SERVICE

I certify that on January 23, 2019, a true copy of the foregoing document was served as follows:

*By CM/ECF*
Jibrael S. Hindi, Esq.
110 SE 6th St., Suite 1744
Fort Lauderdale, FL 33301
(844) 542-7235
(855)529-9540 (fax)
jibrael@jibraellaw.com

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
12276 San Jose Blvd.
Suite 720
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: January 23, 2019